IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| AMERICAN TRANSPORTATION GROUP INSURANCE RISK RETENTION GROUP, INC.<br>    *Plaintiff*,<br><br>v.<br><br>JEAN CLAUDE BRIZARD, TRUCK FOR GOD CORP., P.N.L. TRANSPORT, LLC, and ALCIN BENEZER,<br>    *Defendants*. | No. PE:22-CV-3-DC |

## DEFAULT JUDGMENT

BEFORE THE COURT is Plaintiff American Transportation Group Insurance Risk Retention Group, Inc.'s ("Plaintiff") Motion for Default Judgment (Docs. 14, 22) against Defendants Jean Claude Brizard, Truck for God Corp., P.N.L. Transport, LLC and Alcin Benezer (collectively, "Defendants"). After due consideration, Plaintiff's Motion for Default Judgment is hereby **GRANTED**. (Docs. 14, 22).

Defendants have failed to answer or otherwise plead and have defaulted. Default has been entered by the Clerk of the Court, and Plaintiff has proven its entitlement to the relief sought.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** and judgment is hereby entered as follows:

Plaintiff issued insurance policy No. ATG-FL-0002188 to P.N.L. Transport, LLC with a policy period of May 17, 2019, to February 12, 2020 (the "Policy"). The Policy provides no coverage for Defendants for the claims asserted in the lawsuit styled *Alcin Benezer v. Blanca Pena-Lozano, Trey Trucks, Ltd., Jean Claude Brizard, P.N.L. Transport, LLC, Truck for God*

*Corp., and Gemenis Twin Transports, LLC*, Cause No. P-8419-83-CV, in the 83rd District Court of Pecos County, Texas, and Plaintiff has no duty to defend or indemnify Defendants against such claims.

It is so **ORDERED**.

SIGNED this 15th day of August, 2022.

                                                DAVID COUNTS
                                                UNITED STATES DISTRICT JUDGE